CUSHMAN'S SONS, INC., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Action for property damage due to the collision of plaintiff's truck with defendant's train at a railroad crossing. Judgment of the City Court of White Plains for the plaintiff affirmed, with costs. No opinion. Lazansky, P. J., Young, Carswell and Scudder, JJ., concur; Davis, J., dissents and votes for reversal and dismissal of the complaint on the authority of Miller v.

*New York Central Railroad Co.* (226 App. Div. 205; affd. without opinion, 252 N. Y. 546) and *Brown* v. *Delaware & Hudson Co.* (231 App. Div. 570).